UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                    21-CR-745 (JPO)

MELVIN VARGAS,                                              ORDER
                              Defendant.

J. PAUL OETKEN, District Judge:

Before this Court is Melvin Vargas's pro se motion for early termination of supervision

pursuant to 18 U.S.C. § 3583(e)(1).  (ECF No. 38.)  However, on August 13, 2025, this Court

transferred jurisdiction over Vargas's supervision to the Eastern District of New York pursuant

to 18 U.S.C. § 3605.  (ECF No. 37.)  Section 3605 provides that a court "may transfer

jurisdiction over . . . a person on supervised release to the district court for any other district to

which the person is required to proceed as a condition of his probation or release, or is permitted

to proceed, with the concurrence of such court."  18 U.S.C. § 3605.  "A court to which

jurisdiction is transferred under this section is authorized to exercise all powers over the

probationer or releasee that are permitted by this subchapter or subchapter B or D of chapter

227."  *Id.*  Subchapter D of chapter 227 includes 18 U.S.C. § 3583, the statute pursuant to which

Vargas brings his motion.

Judge Sanket J. Bulsara accepted jurisdiction on behalf of the Eastern District of New

York on August 12, 2025, and Vargas's supervision has been docketed under No. 25-cr-251.  *See*

*United States v. Vargas*, No. 25-cr-251, ECF No. 2 (E.D.N.Y. Aug. 12, 2025).  The Eastern

District of New York is therefore the proper forum for Vargas's motion for early termination of

supervision.  *See, e.g.*, *United States v. McAdam*, No. 22-1268, 2026 WL 215629, at *11 (2d Cir.

Jan. 28, 2026) (summary order) ("Although McAdam was sentenced by the Northern District of

1

New York, the sentencing court transferred jurisdiction over McAdam's supervision pursuant to 18 U.S.C. § 3605 to the District of Vermont, which in turn accepted the transfer. . . . It is therefore the District of Vermont that has authority to modify the conditions of supervised release.").

Accordingly, Vargas's motion is denied without prejudice to refiling in the Eastern District of New York.[*]

SO ORDERED.

Dated: February 11, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

---

[*] The Court notes that Vargas has apparently already filed a motion for early termination on his docket in the Eastern District of New York. *United States v. Vargas.*, No. 25-cr-251, ECF No. 5 (E.D.N.Y. Jan. 23, 2026).